The People of the State of New York ex rel. Edgar S. Appleby and John S. Appleby, Appellants, v. Frank L. Polk, as Corporation Counsel of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Oscar Lowinson, Respondent, v. Joseph Hilton and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a motion to compel plaintiff to serve a further bill of particulars. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Veronica Mock and Another, Respondents, v. Vincent L. Leonard and Others, Defendants. Michael Simon, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John R. Binns, Appellant, v. Greater New York Film Rental Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Stephen McKeever, Respondent, v. New York Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Andrew M. Dupay, Respondent, v. Frank J. Galbina, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Chauncey P. McKnight, Appellant, v. Louise S. McKnight, Respondent.— Order modified by reducing alimony to seven dollars per week and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Phillip Spero, as Trustee in Bankruptcy of Rossman & Bracken, Respondent, v. John Grace, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lewis G. Morris and Others, Appellants, v. John J. Lennon and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and order for examination of defendant Lennon reinstated, the time for such examination to be fixed on the entry of the order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.